UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---

ANTHONY FAHME A/K/A MICHAEL FAHME
on behalf of himself individually and on behalf of
a class of similarly situated consumers,

                            **Plaintiff,**

-against-

ESTATE INFORMATION SERVICES, LLC,

                            **Defendant.**

---

Case No.: 08 CV 1411 (ENV)

**IT IS HEREBY STIPULATED AND AGREED,** by and between the undersigned, the attorneys of record for all the parties to the above-entitled action, that whereas no party hereto is an infant, incompetent person for whom a committee has been appointed or conservatee and no person not a party has an interest in the subject matter of this action, the above-entitled action be, and same hereby is, dismissed as against Defendant, with prejudice and without any finding of liability against defendant whatsoever, and without interest, costs or attorneys' fees pursuant to Federal Rule of Civil Procedure 41.

Dated:  New York, New York
          January 30, 2009

ADAM J. FISHBEIN, P.C.

By: _/s/ Adam Fishbein_
     Adam J. Fishbein (AF-9508)
     Attorney(s) for Plaintiff
     483 Chestnut Street
     Cedarhurst, New York 11556

CLAUSEN MILLER P.C.

By: _/s/ Carl M. Perri_
     Carl M. Perri, Esq. (CMP6415)
     Attorney(s) for Defendant
     ESTATE INFORMATION SERVICES, LLC
     Clausen Miller, PC
     One Chase Manhattan Plaza, 39th Floor
     New York, New York 10005

256954v1